

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2019

No. 04-19-00554-CV

Charles J. **MELNIK**,
Appellant

v.

Dewayne **BALDWIN** and Tonia Baldwin,
Appellees

From the County Court, Guadalupe County, Texas
Trial Court No. 2018-CV-0012
Honorable Bill Squires, Judge Presiding

### ORDER

This appeal is DISMISSED FOR WANT OF PROSECUTION.  The costs of this appeal are taxed against appellant.

It is so **ORDERED** on December 11, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2019.

_____
Michael A. Cruz, Clerk of Court